# United States Bankruptcy Court

Nevada-Las Vegas

In re  DAVID DAVIES III ,                                    Case No. 12-12592

## TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Real Time Resolutions, Inc | JP Morgan Chase Bank, N.A. - Chase Records Center - Attn: Correspondence Mail |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Real Time Resolutions, Inc

Court Claim # (if known):  8
Amount of Claim:  $   118,015.47
Date Claim Filed:   5/9/2012

1349 Empire Central Drive, Suite 150
Dallas, TX 75247

Phone: (877)340-9141                                        Phone: (  )  -
Last Four Digits of Acct #:  6954                           Last Four Digits of Acct #:  6954

Name and Address where transferee payments should be sent (if different from above):
Real Time Resolutions, Inc
PO Box 35888
Dallas, TX 75235

Phone:

Last Four Digits of Acct #:  6954

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Cynthia Allman                                         Date: 8/30/2012
Transferee/Transferee's Agent

*Penalty for making a false statement:*   Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.